# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135189 & (42)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 135189
                                      COA: 272142
                                      Monroe CC: 05-034907-FC

BILLY JOE RICE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

d0114

                                  Clerk